## File Hashes for IP Address 98.118.241.146

**ISP:** Verizon Online, LLC
**Physical Location:** Leesburg, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/10/2015 04:20:20 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 06/10/2015 04:04:57 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |
| 04/08/2015 05:14:22 | 47C13D10391D5B4D6639C460720EF2DA64D30A5B | Take Me Now |
| 04/08/2015 04:04:29 | 7DBCA94983661CA6AA5487316D4B597408FD7A85 | Spread Across The Floor |
| 04/08/2015 03:49:59 | 048BE03E1D8A2BD6A35047641EBA9D7983118FE5 | UnBREElievable |
| 04/08/2015 03:45:19 | 81EC95CD5299389B06D269AF7B6AC03FCC2C6536 | Cum Worthy |
| 04/08/2015 03:25:24 | 0FF35577760FE2E0E5FF4BE5130AB6A1E5A46C00 | Tight Ass Teen |
| 03/27/2015 07:48:15 | 353106AA3C32152C8FBA156031CA38072016ABE8 | Brazilian Love Affair |
| 03/27/2015 04:57:44 | EAE5FF4F042916E376FAEC1DF9FCE609B666D5D2 | Good Night Kiss |
| 02/26/2015 03:32:11 | 6A51E79E7714B00A17E3A8C05663F98168228F53 | Spread Wide Open |
| 02/22/2015 05:02:03 | 88880BA49BE6AECD218F30F515D301C1527CF1D2 | Fuck Me More |
| 02/22/2015 04:50:35 | D02064355265CBAEE0B733019F78E17BEAD29794 | Fucking Ballerinas |
| 02/22/2015 04:16:49 | 2A21A01D7D37D64381E8B3389EDEF16656E308B3 | Competition |
| 02/18/2015 03:07:26 | 99209B15E04D8A1DECCDF27622CADD3303202028 | So Cute |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

EVA292

Copyrights-In-Suit for IP Address 98.118.241.146

**ISP:** Verizon Online, LLC
**Location:** Leesburg, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 06/10/2015 |
| Good Morning I Love You | PA0001941287 | 04/22/2015 | 04/27/2015 | 06/10/2015 |
| Take Me Now | PA0001937380 | 03/24/2015 | 04/03/2015 | 04/08/2015 |
| Spread Across The Floor | PA0001937378 | 03/17/2015 | 04/03/2015 | 04/08/2015 |
| UnBREElievable | PA0001938830 | 03/28/2015 | 04/06/2015 | 04/08/2015 |
| Cum Worthy | PA0001936474 | 03/13/2015 | 03/23/2015 | 04/08/2015 |
| Tight Ass Teen | PA0001938748 | 04/01/2015 | 04/06/2015 | 04/08/2015 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 03/27/2015 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 03/27/2015 |
| Spread Wide Open | PA0001932115 | 02/11/2015 | 02/17/2015 | 02/26/2015 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 02/22/2015 |
| Fucking Ballerinas | PA0001928404 | 01/17/2015 | 01/19/2015 | 02/22/2015 |
| Competition | PA0001932116 | 02/07/2015 | 02/17/2015 | 02/22/2015 |
| So Cute | PA0001929802 | 01/25/2015 | 01/28/2015 | 02/18/2015 |

**Total Malibu Media, LLC Copyrights Infringed: 14**

EXHIBIT B

EVA292